IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAURA E. MOELLENBERNDT,<br><br>    Plaintiff,<br> vs.<br><br>SHAW ENVIRONMENTAL and<br>INFRASTRUCTURE GROUP, INC.,<br>d/b/a SHAW, d/b/a SHAW<br>INFRASTRUCTURE,<br><br>    Defendant. | Case No. |

## NOTICE OF REMOVAL

### I. Introduction

Pursuant to 28 U.S.C. §§ 1441 and 1446 and 29 U.S.C. § 216, defendant SHAW ENVIRONMENTAL and INFRASTRUCTURE GROUP, INC., d/b/a SHAW, d/b/a SHAW INFRASTRUCTURE remove to this federal court the state court action described below.

### II. Procedural Posture

Plaintiff Laura E. Moellenberndt commenced the action in the Alaska Superior Court, Fourth Judicial District at Fairbanks, as Case No. 4FA-09-02612 CI on September 30, 2009. Shaw Environmental and Infrastructure Group, Inc., d/b/a Shaw, d/b/a Shaw Infrastructure, defendant in plaintiff's state court action, was served on October 13, 2009, so this Notice of Removal is filed within thirty (30) days of service of plaintiff's Complaint as required by 28 U.S.C. § 1446(b). Plaintiff is an Alaska resident, Shaw Environmental and Infrastructure Group Inc. is a Louisiana Corporation.

NOTICE OF REMOVAL
Page 1 of 3

### III. Relevant Allegations in the Complaint

Plaintiff's complaint is for personal injuries as a result of negligence. Plaintiff's compliant is accompanied by a prayer for damages including (emphasis added) "general damages according to proof **but satisfying the jurisdictional requirement of this court** including without limits medical expenses past and future [to the extent that the subrogated interest is not held by plaintiff's need pay carrier or insurer], lost wages, past and future, pain and suffering, past and future, lost wages, past and future, pain and suffering, past and future, lost enjoyment of life, past and future ... Special damages, past and future according to proof at trial **but satisfying the jurisdictional requirement of this court**, ... punitive damages necessary to deter defendant's future misconduct," Considering the broad nature of Plaintiff's prayer, and the fact that it was filed in Superior Court, the potential liability appears to exceed the jurisdictional limits of diversity jurisdiction.

### IV. Conclusion

For these reasons, defendants request the court to assume jurisdiction.

NOTICE OF REMOVAL
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
411 Fourth Avenue, Suite 300
Fairbanks, Alaska 99701-4712
(907) 479-7776 (907) 479-7966

DATED at Fairbanks, Alaska, this 2nd day of November, 2009.

>Attorneys for Shaw Environmental and
>Infrastructure group, Inc., d/b/a Shaw,
>d/b/a Shaw Infrastructure,
>
>/s/ John J. Tiemessen
>   ABA No. 9111105
>Clapp Peterson Van Flein
>Tiemessen & Thorsness, LLC
>411 Fourth Avenue, Suite 300
>Fairbanks, Alaska 99701
>Phone: (907) 479-7776
>Fax: (907) 4797966
>Email: jjt@cplawak.com

Certificate of Service

I hereby certify that a copy of the foregoing was electronically served on:

Ward Merdes
Merdes & Merdes, P.C.
P.O. Box 71309
Fairbanks, Alaska 99707-1309

/s/ John J. Tiemessen

NOTICE OF REMOVAL
Page 3 of 3